1  MICHAEL WALLIN, Cal. Bar No. 240344
   WALLIN & RUSSELL LLP
2  26000 Towne Centre Drive, Suite 130
   Foothill Ranch, California 92610
3  Telephone:  949-652-2200
   Facsimile:  949-652-2210
4  mwallin@wallinrussell.com

5
   Attorneys for Plaintiffs
6  THOMAS I. MCKNEW and LISA A. MCKNEW

7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  SANTA ANA DIVISION

11

12  In re:                                    Case No. 8:23-bk-10094-SC
                                              Chapter 7
13  DAVID ALLEN WILSON,
                                              Adv. Case No. 8:23-ap-01034-SC
14              Debtor.
                                              Assigned for all purposes to:
15                                            Honorable Scott Clarkson
    _____

16  THOMAS I. MCKNEW, IV and LISA
    A. MCKNEW, individually and as            **PROOF OF SERVICE OF: (1)
17  Trustees of the MCKNEW FAMILY             SUMMONS AND NOTICE OF STATUS
    TRUST DATED MAY 21, 2004,                 CONFERENCE IN ADVERSARY
18                                            PROCEEDING; (2) COMPLAINT TO
                                              DETERMINE
19              Plaintiffs,                   NONDISCHARGEABILITY OF DEBT
                                              PURSUANT TO 11 U.S.C. §523; and (3)
20       v.                                   EARLY MEETING OF COUNSEL AND
                                              STATUS CONFERENCE
21  DAVID ALLEN WILSON,                       INSTRUCTIONS**

22

23              Defendant.

24

25

26

27

28

                                -1-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

26000 TOWNE CENTRE DRIVE, SUITE 130, FOOTHILL RANCH, CA 92610

A true and correct copy of the foregoing document entitled (*specify*):  (1) SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING; (2) COMPLAINT TO DETERMINE NONDISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. §523; and (3) EARLY MEETING OF COUNSEL AND STATUS CONFERENCE INSTRUCTIONS
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/01/2023 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Bert Briones:  bb@redhilllawgroup.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)  05/01/2023 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

David Allen Wilson
24352 Santa Clara Avenue
Dana Point, CA 92629

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/01/2023 | Michael Wallin | /s/ Michael Wallin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**