# United States Bankruptcy Court
## Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701-4593**

| In re:<br>David Allen Wilson<br><br>Debtor(s). | BANKRUPTCY CASE NO.: 8:23-bk-10094-SC<br><br>CHAPTER NO.: 7 |
|---|---|
| Lisa A. McKnew<br><br>**(See Attachment A for names of additional plaintiffs)**<br>Plaintiff(s)<br>Versus<br>David Allen Wilson<br><br>Defendant(s) | ADVERSARY NO.: 8:23-ap-01034-SC |

# NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055-1(a)

On <u>July 14, 2023</u>, a request was filed for the clerk to enter default against defendant(s) **David Allen Wilson**.

Having reviewed the request, the clerk hereby enters default as requested.

Dated: July 14, 2023

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: <u>Nickie Bolte</u>**
   **Deputy Clerk**

(Form van192-nched VAN-192) Rev. 12/2014

**9 – 8 / NB8**

## ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Lisa A. McKnew<br>Thomas I. McKnew, IV<br>Thomas I. McKnew, IV and Lisa A. McKnew as Trustees of the McKnew Family Trust Dated May 21, 2004 | David Allen Wilson |

(Form van192–nched VAN–192) Rev. 12/2014

## ATTACHMENT A