MICHAEL WALLIN, Cal. Bar No. 240344
WALLIN & RUSSELL LLP
26000 Towne Centre Drive, Suite 130
Foothill Ranch, California 92610
Telephone:  949-652-2200
Facsimile:   949-652-2210
mwallin@wallinrussell.com

Attorneys for Plaintiffs
THOMAS I. MCKNEW and LISA A. MCKNEW

FILED & ENTERED

SEP 13 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY  bolte        DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>DAVID ALLEN WILSON,<br><br>             Debtor.<br><br>THOMAS I. MCKNEW, IV and LISA A. MCKNEW, individually and as Trustees of the MCKNEW FAMILY TRUST DATED MAY 21, 2004,<br><br>             Plaintiffs,<br><br>   v.<br><br>DAVID ALLEN WILSON,<br><br>             Defendant. | Case No. 8:23-bk-10094-SC<br>Chapter 7<br><br>Adv. Case No. 8:23-ap-01034-SC<br><br>Assigned for all purposes to:<br>Honorable Scott Clarkson<br><br>**ORDER REGARDING CONTINUED STATUS CONFERENCE**<br><br><u>Status Conference</u><br>Date:   September 12, 2023<br>Time:   1:30 p.m.<br>Place:   Courtroom 5C<br>           411 W. Fourth Street<br>           Santa Ana, CA 92701 |

Following the status conference of September 12, 2023, the Court hereby orders as follows:

1. The status conference is continued to November 7, 2023 at 1:30 p.m.
2. Plaintiff shall file a status report at least 14 days prior to the continued status conference.

**IT IS SO ORDERED.**

###

Date: September 13, 2023

Scott C. Clarkson
United States Bankruptcy Judge